IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY WAYNE BONNER,

    *Plaintiff,*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1]

    *Defendant.*

CIVIL ACTION
NO. 17-3144

## ORDER

**AND NOW**, this 26th day of October, 2018, upon careful consideration of the Report and Recommendation filed by United States Chief Magistrate Judge Linda K. Caracappa, (ECF No. 16), and it appearing that neither plaintiff nor the Commissioner have objected to the report,[2] it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is DENIED.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Nancy A. Berryhill became the Acting Commissioner for Social Security on January 23, 2017. Pursuant to Federal Rule of Civil Procedure 25(d), Berryhill should be substituted for the former Acting Commissioner, Carolyn W. Colvin, as the defendant in this action.

[2] When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998). No clear error appears on the face of the record and the Court accordingly accepts Judge Caracappa's Recommendation.